[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-10553
_____

D.C. Docket No. 0:18-cv-60912-BB

TROPICAL PARADISE RESORTS, LLC,
a Florida limited liability company,
d.b.a. Rodeway Inn & Suites,

Plaintiff-Appellee,

CHOICE HOTELS, INC.,

Defendant-Appellee,

versus

POINT CONVERSIONS, LLC
a Delaware limited liability company,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 26, 2020)

Before JORDAN, TJOFLAT and HULL, Circuit Judges.

PER CURIAM:

After careful review of the record, and with the benefit of oral argument, we find no reversible error in the district court's October 9, 2018 order, dismissing without prejudice Point Conversions' amended counterclaims against Rodeway Inn & Suites and Choice Hotels.  For the reasons outlined in the district court's well-reasoned order, we affirm the district court's conclusion that Point Conversions' claims arising under Florida's Deceptive and Unfair Trade Practices Act are preempted by federal patent law.  As to Point Conversions' declaratory judgment claims, we find no error in the district court's dismissal of these claims, which in any case it was under no obligation to entertain under the Declaratory Judgment Act, 28 U.S.C. § 2201.

**AFFIRMED.**